# Exhibit  A

DEPARTMENT OF THE TREASURY — ENTRY SUMMARY CUD/ADA   0220139-6
UNITED STATES CUSTOMS SERVICE

EWI INC.                          DZ1    1. Entry No.        2. Entry Type Code    3. Entry Summary Date
305 HARBOR WAY                           0220139-6          03 ABI/A                                    775
SOUTH SAN FRANCISCO, CA 94080     4. Entry Date             5. Port Code          3-8-01    YT
                                         2-22-01            2809
EAST-WESTASS                      6. Bond No.    7. Bond Type Code    8. Broker / Importer File No.
                                         891            8                  220139 hieu

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address |

**EST-3**

PANJEE CO., LTD.
14145 PROCTOR AVENUE / 18
CITY OF INDUSTRY, CA 91746-2858

CA
State

| 13. Exporting Country | 14. Export Date |
| CN | 02/03/01 |
| 15. Country of Origin | 16. Missing Documents |
| CN | |
| 17. I.T. No. | 18. I.T. Date |

19. B L or AWB No.   CHNJYTOAK352030
TH20010200093        20. Mode of Transportation   21. Manufactured    22. Reference No.
                          11
23. Importing Carrier   CHNJ       24. Foreign Port of Lading   25. Location of Goods/G.O. No.
ESCL SHANGHAI   V-0005E    57078
26. U.S. Port of Unlading   27. Import Date
2811                        02/26/01     Y738: 5190 — 7TH ST.

| 28. Line No. | 29. Description of Merchandise / 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 1960 TOTAL | | | NOT RELATED | | | |
| | — INV # 1 — | 1008 CTNS | | | | | |
| 001 | MUSHRMS(W/B) NO VINEGAR,> 255G | | | | | | |
| | 2003.10.0043 | 19857 | 11890 KG | | | | |
| | A570851■ | SURETY#891 069 | | ADA: | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | IV & EV | | | | | | |
| | — INV # 2 — | 952 CTNS | | | | | |
| 002 | OTHR MUSHRMS,NO VINEGAR > 255G | | | | | | |
| | 2003.10.0053 | 15387 | 9073 KG | | | | |
| | A570851■ | SURETY#891 069 | | ADA: | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |

BLOCK 39 SUMMARY:
MERCHANDISE PROCESSING FEE      499
HARBOR PROCESSING FEE           501
TOTAL:

*19 USC 1504(d)*
*Deem Liq A-570851*
*on 10/23/2004*
*Per Doc Msg - 4114201*
*Dated 4/23/2004*

****** CONTINUED ******   TEV

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE | TOTALS |
|---|---|---|

I declare that I am the [ ] importer of record and that the actual owner,purchaser,or consignee for customs purposes is as shown above. **OR** [X] owner or purchaser or agent thereof.
I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. **OR** [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

A. Liq. Code
B. Ascertained Duty   37.
C. Ascertained Tax    38.
D. Ascertained Other  39.
E. Ascertained Total  40.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

41. Signature of Declarant, Title, and Date   ATTY IN FACT 02/22/01

RECORD

Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

Consumption CVD/ADA   0220139-6

| EWI INC. | DZ1 |
|---|---|
| 305 HARBOR WAY | |
| SOUTH SAN FRANCISCO, CA 94080 | |
| EAST-WESTASS | |

| (1) Entry No. 0220139-6 | (2) Entry Type Code 03 ABI/A | 3. Entry Summary Date | 775 |
|---|---|---|---|
| 4. Entry Date | (5) Port Code | | |

| 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No. 220139 hieu |
|---|---|---|

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | (11) Importer of Record Name and Address | (12) Importer No. |
|---|---|---|---|
| | | PANJEE CO., LTD. | |

| | (13) Exporting Country | 14. Export Date |
|---|---|---|
| | (15) Country of Origin | 16. Missing Documents |
| State | (17) I.T. No. | (18) I.T. Date |

| (19) B L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| (23) Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | (27) Import Date | | |

| (28) Line No. | (29) Description of Merchandise / 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | (32) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | (35) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | *** CONTINUED - PAGE 2 *** | | | | | | |
| 003 | OTHR MUSHRMS,NO VINEGAR > 255G | | | | | | |
| | 2003.10.0053 | 3653 | 1945 KG | | | | |
| | A570851▮ | SURETY#891 | | ADA: | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | INVC VALUE | | | | | | |
| | NDC | | | | | | |
| | NEV | | | | | | |
| | RECAP: | 38897 | 1960 CTN | | | | |
| | | | | TEV | | | |

| (36) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE | TOTALS |
|---|---|---|

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☐ owner or purchaser or agent thereof.
I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.
I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| A. Liq. Code | B. Ascertained Duty | (37) Duty |
|---|---|---|
| | C. Ascertained Tax | (38) Tax |
| | D. Ascertained Other | (39) Other |
| | E. Ascertained Total | (40) Total |

(41) Signature of Declarant, Title, and Date

RECORD

Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY — ENTRY SUMMARY — CFD/ADA
UNITED STATES CUSTOMS SERVICE

0221540-4

| | | |
|---|---|---|
| EWI INC. DZ1 | **(1.) Entry No.** 0221540-4 | **(2.) Entry Type Code** 03 ABI/A | **3. Entry Summary Date** |
| 305 HARBOR WAY | | | 4-6-01 YT    775 |
| SOUTH SAN FRANCISCO, CA 94080 | **4. Entry Date** 3-24-01 | **(5.) Port Code** 2809 | |
| EAST-WESTASS | **6. Bond No.** 891 | **7. Bond Type Code** 8 | **8. Broker / Importer File No.** 221540 hieu |

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | (11.) Importer of Record Name and Address |
|---|---|---|
| **EST-3** | | PANJEE CO., LTD. 14145 PROCTOR AVENUE / 18 CITY OF INDUSTRY, CA 91746-2858 |

CA
State

| (13.) Exporting Country CN | 14. Export Date 03/07/01 |
|---|---|
| (15.) Country of Origin CN | 16. Missing Documents |
| (17.) I.T. No. | (18.) I.T. Date |

| (19.) B L or AWB No. CHNJYTOAK352039  YTOAK352039 | 20. Mode of Transportation 11 | 21. Manufacturer I.D. SEE BELOW | 22. Reference No. |
|---|---|---|---|
| (23.) Importing Carrier  CHNJ  VILLE D'ORION    V-E371I | 24. Foreign Port of Lading 57078 | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading 2811 | (27.) Import Date 03/24/01 | WB01: ONE MARKET STREET | |

| (28.) Line No. | (29.) Description of Merchandise 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | (32.) Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | (35.) Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | | 4152 TOTAL PKGS | | NOT RELATED | | | |
| | INV # 1 - | 3200 CTNS | | | | | |
| 001 | OTH MUSHRMS NO VINEGAR,<=255GM 2003.10.0037 | 19200 | 8709 KG | ███ | | | |
| | A570851 ███ | SURETY#891 069 | ADA: | ███ | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | INVC VALUE NDC NEV | ███ | | | | | |
| | INV # 2 - | 952 CTNS | | | | | |
| 002 | OTHR MUSHRMS,NO VINEGAR > 255G 2003.10.0053 | 13440 | 7773 KG | ███ | | | |
| | A570851 ███ | SURETY#891 069 | ADA: | ███ | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | BLOCK 39 SUMMARY: MERCHANDISE PROCESSING FEE HARBOR PROCESSING FEE TOTAL: | 499 501 | | ███ | | | |
| | ****** CONTINUED ****** | | TEV | | | | |

*(handwritten, red)* 19 USC 1504(d)  Deem Liq A-570 851  on 10/23/2004.  Per Doc Msy 4114201  Dated 4/23/2004

| (36.) Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | ↓ U.S. CUSTOMS USE ↓ | TOTALS |
|---|---|---|
| I declare that I am the [ ] importer of record and that the actual owner,purchaser,or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof. I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | A. Liq. Code | B. Ascertained Duty | (37.) Duty ███ |
| | | C. Ascertained Tax | (38.) Tax ███ |
| | | D. Ascertained Other | (39.) Other ███ |
| | | E. Ascertained Total | (40.) Total ███ |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. | (41.) Signature of Declarant, Title, and Date  SM    ATTY IN FACT 03/15/01 | |

RECORD

Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

CVD/ADA   0221540-4

| | | |
|---|---|---|
| EWI INC.<br>305 HARBOR WAY<br>SOUTH SAN FRANCISCO, CA 94080<br><br>EAST-WESTASS | DZ1 | 1. Entry No.<br>0221540-4 |

| | |
|---|---|
| 2. Entry Type Code<br>03 AB17A | 3. Entry Summary Date<br>775 |

| 4. Entry Date | 5. Port Code |
|---|---|

| 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No.<br>221540 hieu |
|---|---|---|

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address<br><br>PANJEE CO., LTD. | 12. Importer No. |
|---|---|---|---|

| | State | 13. Exporting Country | 14. Export Date |
|---|---|---|---|
| | | 15. Country of Origin | 16. Missing Documents |
| | | 17. I.T. No. | 18. I.T. Date |

| 19. B L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| 23. Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 27. Import Date | | |

| 28. Line No. | 30. (A) T.S.U.S.A. No.<br>(B) ADA CVD Case No. | 31. (A) Gross Weight<br>(B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value<br>(B) CHGS<br>(C) Relationship | 34. (A) T.S.U.S.A. Rate<br>(B) ADA/CVD Rate<br>(C) I.R.C Rate<br>(D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 29. Description of Merchandise | | | | | | |
| | \*\*\* CONTINUED - PAGE 2 \*\*\* | | | | | | |
| 003 | MUSHRMS SLICED,NO VINEGR,>255G<br>2003.10.0047 | 5600 | 3239 KG | ████████ | | | |
| | A570851 | SURETY#851 069 | ADA:( | | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | INVC VALUE | ████████ | | | | | |
| | NDC | | | | | | |
| | NEV | | | | | | |
| | RECAP: | 38240 | 4152 PKG | ████ | | | |
| | | | TEV ████ | | | | |

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | | ↓ U.S. CUSTOMS USE ↓ | | TOTALS | |
|---|---|---|---|---|---|---|---|

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. **OR** ☐ owner or purchaser or agent thereof.

I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

| A. Liq. Code | B. Ascertained Duty | 37. Duty |
|---|---|---|
| | C. Ascertained Tax | 38. Tax |
| | D. Ascertained Other | 39. Other |
| | E. Ascertained Total | 40. Total |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

41. Signature of Declarant, Title, and Date

RECORD

Customs Form 7501 (030984)

ENTRY SUMMARY

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

0222255-8

| | | | | |
|---|---|---|---|---|
| | (1) Entry No. | (2) Entry Type Code | 3. Entry Summary Date | |
| EWI INC.                    DZ1 | 0222255-8 | 03 ABI/A | 04/__/01 | YT   775 |
| 305 HARBOR WAY | 4. Entry Date | (5) Port Code | 13 | |
| SOUTH SAN FRANCISCO, CA 94080 | 03/30/01 | 2809 | | |
| | 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No. | |
| EAST-WESTASS | 891 | 8 | 222255 hieu | |

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | (11) Importer of Record Name and Address | (12) Importer No. |
|---|---|---|---|
| **EST-3** (stamp)  CA State | | PANJEE CO., LTD.  14145 PROCTOR AVENUE / 18  CITY OF INDUSTRY, CA 91746-2858 | ██████ |

| (13) Exporting Country | 14. Export Date |
|---|---|
| CN | 03/07/01 |

| (15) Country of Origin | 16. Missing Documents |
|---|---|
| CN | |

| (17) I.T. No. | (18) I.T. Date |
|---|---|

| (19) B L or AWB No. NCLLNSCHKG767728  RP00016 | 20. Mode of Transportation  11 | 21. Manufacturer I.D.  ██████ | 22. Reference No. |
|---|---|---|---|
| (23) Importing Carrier          NCLL  VILLE DE GEMINA    V-108 | 24. Foreign Port of Lading  57078 | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading  2811 | (27) Import Date  03/30/01 | W801: ONE MARKET STREET | |

| (28) Line No. | (29) Description of Merchandise  30. (A) T.S.U.S.A. No.  (B) ADA CVD Case No. | 31. (A) Gross Weight  (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value  B. CHGS  C. Relationship | 34. (A) T.S.U.S.A. Rate  B. ADA/CVD Rate  (C) I.R.C Rate  D. Visa No. | (35) Duty and I.R. Tax  Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | | 1000 TOTAL | | NOT RELATED | | | |
| 001 | OTHR MUSHRMS,NO VINEGAR > 255G  2003.10.0053 | 985 | 576 KG | ████████ | | | |
| | A570851 █  MERCHANDISE PROCESSING FEE | SURETY#891 069 | ADA: | | | | |
| 002 | MUSHRMS SLICED,NO VINEGR,>255G  2003.10.0047 | 8374 | 4916 KG | | | | |
| | A570851 █  MERCHANDISE PROCESSING FEE | SURETY#891 069 | ADA: | | | | |
| 003 | MUSHRMS(W/B) NO VINEGAR,> 255G  2003.10.0043 | 10343 | 6073 KG | | | | |
| | A570851 █  MERCHANDISE PROCESSING FEE | SURETY#891 069 | ADA: | | | | |
| | BLOCK 39 SUMMARY:  MERCHANDISE PROCESSING FEE  HARBOR PROCESSING FEE  TOTAL: | 499  501 | | | | | |
| | ****** CONTINUED ****** | TEV | | | | | |

Handwritten note: 19USC1504(d) Deem Liq. A-570-851 on 10/23/2004. Per Doc Msg. 4/1420 Dated 4/23/2004

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE | TOTALS |
|---|---|---|
| I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. **OR** [X] owner or purchaser or agent thereof.  I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. **OR** [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | A. Liq. Code  B. Ascertained Duty  C. Ascertained Tax  D. Ascertained Other  E. Ascertained Total | (37) Duty  (38) Tax  (39) Other  (40) Total |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. | (41) Signature of Declarant, Title, and Date  SM           ATTY IN FACT 03/29/01 | |

RECORD

Customs Form 7501 (030984)

| | | |
|---|---|---|
| DEPARTMENT OF TREASURY — UNITED STATES CUSTOMS SERVICE | **ENTRY SUMMARY** | 0222255-8 |

EWI INC.                     DZ1
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

| Field | Value |
|---|---|
| 1. Entry No. | 0222255-8 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 04/11/01     775 |
| 4. Entry Date | |
| 5. Port Code | |
| 6. Bond No. | |
| 7. Bond Type Code | |
| 8. Broker / Importer File No. | 222255 hieu |

9. Ultimate Consignee Name and Address
10. Consignee No.
11. Importer of Record Name and Address — PANJEE CO., LTD.
12. Importer No.
13. Exporting Country
14. Export Date
15. Country of Origin
16. Missing Documents
17. I.T. No.
18. I.T. Date
19. B L or AWB No.
20. Mode of Transportation
21. Manufacturer I.D.
22. Reference No.
23. Importing Carrier
24. Foreign Port of Lading
25. Location of Goods/G.O. No.
26. U.S. Port of Unlading
27. Import Date

INVC VALUE
NDC
NEV

\*\*\* CONTINUED - PAGE 2 \*\*\*

TEV

RECORD                                    Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

0222680-7

EWI INC:
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080        DZ1

EAST-WESTASS

| 1. Entry No. 0222680-7 | 2. Entry Type Code 03 ABI/A | 3. Entry Summary Date 4-17-01 YT | 775 |
|---|---|---|---|
| 4. Entry Date 4-3-01 | 5. Port Code 2809 | | |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker / Importer File No. 222680 hieu | |

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address | 12. ▮▮▮ |
|---|---|---|---|
| | | PANJEE CO., LTD. 14145 PROCTOR AVENUE / 18 CITY OF INDUSTRY, CA 91746-2858 | |

EST-3

CA
State

| 13. Exporting Country CN | 14. Export Date 03/19/01 |
|---|---|
| 15. Country of Origin CN | 16. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

| 19. B L or AWB No. NCLLNSCHKG772599 RP00020 | 20. Mode of Transportation 11 | 21. Manufacturer I.D. ▮▮▮ | 22. Reference No. |
|---|---|---|---|
| 23. Importing Carrier VILLE DE VENUS   NCLL V-E0373 | 24. Foreign Port of Lading 57078 | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading 2811 | 27. Import Date 04/06/01 | W801: ONE MARKET STREET | |

| 28. Line No. | 29. Description of Merchandise / 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 4152 TOTAL | 3200 CTNS | | NOT RELATED | | | |
| 001 | INV # 1 - OTH MUSHRMS NO VINEGAR,<=255GM 2003.10.0037 | 19200 | 8709 KG | ▮ | | | |
| | A570851 ▮ MERCHANDISE PROCESSING FEE | SURETY#871 069 | ADA: | | | | |
| | INVC VALUE ▮▮▮ NDC NEV | | | | | | |
| 002 | INV # 2 - MUSHRMS(W/B) NO VINEGR<=255GM 2003.10.0027 | 952 CTNS 19040 | 11045 KG | | | | |
| | A570851 ▮ MERCHANDISE PROCESSING FEE | SURETY#871 069 | ADA: | | | | |
| | BLOCK 39 SUMMARY: MERCHANDISE PROCESSING FEE HARBOR PROCESSING FEE TOTAL: | | 499 501 | | | | |
| | ****** CONTINUED ****** | | TEV | | | | |

194SC (504Cd)
DeanLiy A570-851
on 10/23/2004.
Per Doc Msg 4/1420/D ato 4/23/2004

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | ↓ U.S. CUSTOMS USE ↓ | | TOTALS |
|---|---|---|---|
| I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief. | A. Liq. Code | B. Ascertained Duty | 37. Duty ▮ |
| | | C. Ascertained Tax | 38. Tax ▮ |
| I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | | D. Ascertained Other | 39. Other ▮ |
| | | E. Ascertained Total | 40. Total ▮ |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. | 41. Signature of Declarant, Title, and Date SM   ATTY IN FACT 04/03/01 | | |

RECORD

Customs Form 7501 (030984)

CONFIDENTIAL INFORMATION HAS BEEN REDACTED

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

0222680-7

EWI INC.                                    DZ1

305 HARBOR WAY

SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

| | |
|---|---|
| 1. Entry No.  0222680-7 | 2. Entry Type Code  03 ABI/A |
| 4. Entry Date | 5. Port Code |
| 6. Bond No. | 7. Bond Type Code |

3. Entry Summary Date          775

8. Broker / Importer File No.   222680 hieu

9. Ultimate Consignee Name and Address

10. Consignee No.

11. Importer of Record Name and Address

FANJEE CO., LTD.

12. Importer No.

State

13. Exporting Country     14. Export Date

15. Country of Origin     16. Missing Documents

17. I.T. No.              18. I.T. Date

19. B L or AWB No.        20. Mode of Transportation     21. Manufacturer I.D.     22. Reference No.

23. Importing Carrier     24. Foreign Port of Lading     25. Location of Goods/G.O. No.

26. U.S. Port of Unlading     27. Import Date

| 28. Line No. | 30. (A) T.S.U.S.A. No. / (B) ADA CVD Case No. | 31. (A) Gross Weight / (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value / (B) CHGS / (C) Relationship | 34. (A) T.S.U.S.A. Rate / (B) ADA/CVD Rate / (C) I.R.C Rate / (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | INVC VALUE NDC NEV | *** CONTINUED — PAGE 2 *** | | | | | |
| | RECAP: | 38240 | 4152 CTN | | | | |
| | | | TEV | | | | |

29. Description of Merchandise

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.   OR   [ ] owner or purchaser or agent thereof.

I further declare that the merchandise
[ ] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.   OR   [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

**↓U.S. CUSTOMS USE↓**

A. Liq. Code

B. Ascertained Duty

C. Ascertained Tax

D. Ascertained Other

E. Ascertained Total

41. Signature of Declarant, Title, and Date

**TOTALS**

| | |
|---|---|
| 37. Duty | |
| 38. Tax | |
| 39. Other | |
| 40. Total | |

RECORD

Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY    ENTRY SUMMARY    CBP/ADA    0223914-9
UNITED STATES CUSTOMS SERVICE

EWI INC,                          DZ1    1. Entry No.    2. Entry Type Code    3. Entry Summary Date
305 HARBOR WAY                           0223914-9       03 ABI/A
SOUTH SAN FRANCISCO, CA 94080     4. Entry Date         5. Port Code          5-9-01    YT    775
                                         4-25-01         2809
EAST-WESTASS                      6. Bond No.    7. Bond Type Code    8. Broker / Importer File No.
                                  891            8                    223914 hieu

9. Ultimate Consignee Name and Address    10. Consignee No.    11. Importer of Record Name and Address    12. Importer No. [REDACTED]

                                                               PANJEE CO., LTD.
                                                               14145 PROCTOR AVENUE / 18
                                                               CITY OF INDUSTRY, CA 91746-2858

                                          CA                   13. Exporting Country    14. Export Date
                                          State                CN                       04/09/01
                                                               15. Country of Origin    16. Missing Documents
                                                               CN
                                                               17. I.T. No.             18. I.T. Date

19. B/L or AWB No. NCLLNCLSHZ191287       20. Mode of Transportation    21. Manufacturer I.D. [REDACTED]    22. Reference No.
    FPO1W1792                             11
23. Importing Carrier          NCLL       24. Foreign Port of Lading    25. Location of Goods/G.O. No.
    VILLE DE VELA    V-111                 57078
26. U.S. Port of Unlading                 27. Import Date              W801: ONE MARKET STREET
    2811                                   04/29/01

| 28. Line No. | 29. Description of Merchandise 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C. Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | OTH MUSHRMS NO VINEGAR,<=255GM 2003.10.0037 | 3200 TOTAL 19200 | 8709 KG | NOT RELATED | | | |
| | A570851 [REDACTED] SURETY#891 064 MERCHANDISE PROCESSING FEE | | ADA= | | | | |
| | IV & EV [REDACTED] BLOCK 39 SUMMARY: MERCHANDISE PROCESSING FEE HARBOR PROCESSING FEE TOTAL: | | 499 501 | | | | |

(9 USC 1504(d)
Deem Liq A-570-851-
on 10/23/2004
Per Doc Msg. 4114201
Dated 4/23/2004

TEV [REDACTED]

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
[ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.
I further declare that the merchandise
[X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true, OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| ↓ U.S. CUSTOMS USE ↓ | | TOTALS |
|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty [REDACTED] |
| | C. Ascertained Tax | 38. Tax [REDACTED] |
| | D. Ascertained Other | 39. Other [REDACTED] |
| | E. Ascertained Total | 40. Total [REDACTED] |

41. Signature of Declarant, Title, and Date
SM    ATTY IN FACT 04/24/01
RECORD    Customs Form 7501 (030984)

# DEPARTMENT OF THE TREASURY - U.S. CUSTOMS SERVICE — ENTRY SUMMARY

0225535-0

EWI INC.
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

| | |
|---|---|
| 1. Entry No. 0225535-0 | 2. Entry Type Code 03 ABI/A |
| 3. Entry Summary Date 6-11-01 | 775 |
| 4. Entry Date 5-25-01 | 5. Port Code 2809 |
| 6. Bond No. 891 | 7. Bond Type Code 8 | 8. Broker/Importer File No. 225535 hieu |

9. Ultimate Consignee Name and Address
10. Consignee No.

11. Importer of Record Name and Address
PANJEE CO., LTD.
14145 PROCTOR AVENUE / 18
CITY OF INDUSTRY, CA 91746-2858

12. Importer No. [REDACTED]

13. Exporting Country CN
14. Export Date 05/07/01
15. Country of Origin CN
16. Missing Documents
17. I.T. No.
18. I.T. Date

CA State

EST-3

19. B/L or AWB No. TPCSNSFCE01012 FP01W2160
20. Mode of Transportation 11
21. Manufacturer I.D. [REDACTED]
22. Reference No.

23. Importing Carrier TPCS PACIFIC CHAMPION V-019E
24. Foreign Port of Lading 57078
25. Location of Goods/G.O. No.

26. U.S. Port of Unlading 2811
27. Import Date 05/25/01

Y738: 5190 - 7TH ST.

| 28. Line No. | 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 001 | OTH MUSHRMS NO VINEGAR, <=255GM 2003.10.0037 | 3200 TOTAL PKGS 19200 | 8709 KG | NOT RELATED | | | |
| | A570851 [REDACTED] | SURETY 069 | ADA: | [REDACTED] | | | |

MERCHANDISE PROCESSING FEE

IV & EV
BLOCK 39 SUMMARY:
MERCHANDISE PROCESSING FEE   499
HARBOR PROCESSING FEE   50
TOTAL:

19 USC 1504 (d)
D com Liq A 570-851
on 10/23/2004.
Per Doc Msg 4/1142d
Dated 4/23/2004

TEU [REDACTED]

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.
I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE
A. Liq. Code
B. Ascertained Duty
C. Ascertained Tax
D. Ascertained Other
E. Ascertained Total

TOTALS
37. Duty [REDACTED]
38. Tax [REDACTED]
39. Other [REDACTED]
40. Total [REDACTED]

41. Signature of Declarant, Title, and Date   ATTY IN FACT 05/25/01

RECORD

Customs Form 7501 (030984)