**Exhibit B**

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE
## CUSTOMS BOND
19 CFR Part 113

| PORT LOCATION | RATING CODE | RATING CODE | |
|---|---|---|---|
| 2704 | 4 | 0. TEXTILE  5. FDA | |
| CHB REF # | | 1. TIB  6. SCHB PT 1 | |
| 13193 | | 2. WISB  7. CBI/GSP | |
| EWA906382704708 | | 3. AUTO  8. OTHER-NOT LISTED ABOVE | |
| | | 4. AD/CVD | |

CUSTOMS USE ONLY

BOND NUMBER (Assigned by Customs)
FILE REFERENCE

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date: 3/13/2001

**Section I-** Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

[X] SINGLE TRANSACTION BOND

Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.)
dz1-0220139-6     Producer #

Date of transaction: 3/13/2001
Transaction district & port code: 2704

[ ] CONTINUOUS ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~

**Section II-** This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or Broker ........ 113.62 | $73035.00 | [ ] 5 | Public Gauger ........ 113.67 | N/A |
| [ ] 1a | ~~Drawback Payment Refunds~~ 113.65 | N/A | [ ] 6 | ~~Wool & Fur Products Labeling Acts Importation (Single Entry Only)~~ 113.68 | N/A |
| [ ] 2 | ~~Custodian of bonded merchandise 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators)~~ | N/A | [ ] 7 | ~~Bill of lading (Single Entry Only)~~ 113.69 | N/A |
| [ ] 3 | ~~International Carrier~~ 113.64 | N/A | [ ] 8 | ~~Detention of Copyrighted Material (Single Entry Only)~~ 113.70 | N/A |
| [ ] 3a | ~~Instruments of International Traffic~~ 113.66 | | [ ] 9 | ~~Neutrality (Single Entry Only)~~ 113.71 | N/A |
| [ ] 4 | ~~Foreign Trade Zone Operator~~ 113.73 | N/A | [ ] 10 | ~~Court Costs for Condemned Goods (Single Entry Only)~~ 113.72 | N/A |

**Section III-** List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).

Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
American Home Assurance Company
c/o Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

**PRINCIPAL 6**
Name and Address
A California Corporation
Panjee Co., Ltd.
14145 PROCTOR AVE #18
CITY OF INDUSTRY, CA 91746

Importer No.: [REDACTED]
SIGNATURE 5
East-West Associates Inc.
Attorney-In-Fact
SEAL

**PRINCIPAL 6**
Name and Address

Importer No.:
SIGNATURE 5
SEAL

**SURETY 4,6**
Name and Address 6
American Home Assurance Company
175 Water Street
New York, NY 10038

Surety No. 7: 069
SIGNATURE 5
Glenn A. Stebbings
Attorney-In-Fact
SEAL

**SURETY 4,6**
Name and Address 6

SIGNATURE 5
SEAL

**SURETY AGENTS**
Name 8
GLENN A. STEBBINGS

Identification No. 9: [REDACTED]

Identification No. 9

CUSTOMS

Customs Form 301 (092189)

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE
## CUSTOMS BOND
19 CFR Part 113

| PORT LOCATION | RATING CODE | RATING CODE | | |
|---|---|---|---|---|
| 2704 | 4 | 0. TEXTILE | 5. FDA | |
| CHB REF # | | 1. TIB | 6. SCH PT 1 | |
| 13677 | | 2. WHSE | 7. CBI/GSP | |
| EWA906382704714 | | 3. AUTO | 8. OTHER-NOT LISTED ABOVE | |
| | | 4. AD/CVD | | |

CUSTOMS USE ONLY
BOND NUMBER (Assigned by Customs)
FILE REFERENCE

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date: 3/16/2001

**Section I** – Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| [X] SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) DZ1-0221540-4  Producer # | Date of transaction 3/16/2001 | Transaction district & port code 2704 |
|---|---|---|---|
| [XXX] CONTINUOUS | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |

**Section II** – This bond includes the following agreements. Check one box only, except that 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or Broker............113.62 | $68651.00 | [ ] 5 | Public Gauger............113.67 | N/A |
| [ ] 1a | Drawback Payment Refunds............113.65 | N/A | [ ] 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only)............113.68 | N/A |
| [ ] 2 | Custodian of bonded merchandise............113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | [ ] 7 | Bill of Lading (Single Entry Only)............113.69 | N/A |
| | | | [ ] 8 | Detention of Copyrighted Material (Single Entry Only)............113.70 | N/A |
| [ ] 3 | International Carrier............113.64 | N/A | [ ] 9 | Neutrality (Single Entry Only)............113.71 | N/A |
| [ ] 3a | Instruments of International Traffic............113.66 | | [ ] 10 | Court Costs for Condemned Goods (Single Entry Only)............113.72 | N/A |
| [ ] 4 | Foreign Trade Zone Operator............113.73 | N/A | | | |

**Section III** – List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s), 3 (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
American Home Assurance Company
c/o Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

**PRINCIPAL 6**
Name and Address
A California Corporation
Panjee Co., Ltd.
14145 PROCTOR AVE #18
CITY OF INDUSTRY, CA 91746

Importer No. 3 [REDACTED]
SIGNATURE 5
East-West Associates Inc.
Attorney-In-Fact
SEAL

**PRINCIPAL 6**
Name and Address

Importer No. 3
SIGNATURE 5
SEAL

**SURETY 4,6**
Name and Address 6
American Home Assurance Company
175 Water Street
New York, NY 10038

Surety No. 7
069
SIGNATURE 5
Glenn A. Stebbings
Attorney-In-Fact
[SEAL]

**SURETY 4,6**
Name and Address 6

SIGNATURE 5
SEAL

**SURETY AGENTS**
Name 8
GLENN A. STEBBINGS

Identification No. 9 [REDACTED]

Identification No. 9

CUSTOMS

Customs Form 301 (092189)

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE
## CUSTOMS BOND
### 19 CFR Part 113

**PORT LOCATION:** 2704
**RATING CODE:** 4
**CHB REF #:** 13859
**EWA906382704754**

**RATING CODE:**
- 0. TEXTILE
- 1. TB
- 2. WHSE
- 3. AUTO
- 4. AD/CVD
- 5. FDA
- 6. SCH B PT 1
- 7. CBVOSP
- 8. OTHER-NOT LISTED ABOVE

**CUSTOMS USE ONLY**
**BOND NUMBER (Assigned by Customs):**
**FILE REFERENCE:**

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

**Execution Date:** 3/28/2001

**Section I—** Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

[X] **SINGLE TRANSACTION BOND**
**Identification of transaction secured by this bond** (e.g., entry no., seizure no., etc.): DZ1-0222255-8    Producer #
**Date of transaction:** 3/28/2001
**Transaction district & port code:** 2704

[ ] **CONTINUOUS BOND** — XXXXXXXXXXXXXXX

**Section II—** This bond includes the following agreements. Check one box only, except that 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or Broker..........113.62 | $35000.00 | [ ] 5 | ~~Public Gauger..........113.67~~ | N/A |
| [ ] 1a | ~~Drawback Payment Refunds..........113.65~~ | N/A | [ ] 6 | ~~Wool & Fur Products Labeling Acts Importation (Single Entry Only)..........113.68~~ | N/A |
| [ ] 2 | ~~Custodian of bonded merchandise..........113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators)~~ | N/A | [ ] 7 | ~~Bill of lading (Single Entry Only)..........113.69~~ | N/A |
| [ ] 3 | ~~International Carrier..........113.64~~ | N/A | [ ] 8 | ~~Detention of Copyrighted Material (Single Entry Only)..........113.70~~ | N/A |
| [ ] 3a | ~~Instruments of International Traffic..........113.66~~ | | [ ] 9 | ~~Neutrality (Single Entry Only)..........113.71~~ | N/A |
| [ ] 4 | ~~Foreign Trade Zone Operator..........113.73~~ | N/A | [ ] 10 | ~~Court Costs for Condemned Goods (Single Entry Only)..........113.72~~ | N/A |

**Section III—** List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

**Total number of importer names listed in Section III:** 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

**Mailing Address Requested by the Surety:**
American Home Assurance Company
c/o Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

**PRINCIPAL 6**
Name and Address:
A California Corporation
Panjee Co., Ltd.
14145 PROCTOR AVE #18
CITY OF INDUSTRY, CA 91746

Importer No.: [REDACTED]
Signature: East-West Associates Inc., Attorney-In-Fact
**SEAL**

**PRINCIPAL 6**
Name and Address:

Importer No.:
Signature:
**SEAL**

**SURETY 4,6**
Name and Address 6:
American Home Assurance Company
175 Water Street
New York, NY 10038

Surety No. 7: **069**
Signature: Glenn A. Stebbings, Attorney-In-Fact
**SEAL**

**SURETY 4,6**
Name and Address 6:

Signature:
**SEAL**

**SURETY AGENTS**
Name: **GLENN A. STEBBINGS**
Identification No. 9: [REDACTED]
Identification No. 9:

**CUSTOMS**
Customs Form 301 (092189)

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE
## CUSTOMS BOND
19 CFR Part 113

**PORT LOCATION:** 2704
**RATING CODE:** 4
**COD REF #** 13980
**RATING CODE:** 0. TEXTILE, 1. TIB, 2. WHSE, 3. AUTO, 4. AD/CVD, 5. FDA, 6. SCH PT 1, 7. CBI/GSP, 8. OTHER-NOT LISTED ABOVE

**BOND NUMBER (Assigned by Customs):** EWA906382704773

**Execution Date:** 4/03/2001

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

## Section I -
Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

**SINGLE TRANSACTION BOND:** X
- Identification of transaction secured by this bond (e.g., entry no.; seizure no., etc.): DZ1-0222680-7
- Producer #:
- Date of transaction: 4/03/2001
- Transaction district & port code: 2704

**CONTINUOUS BOND:** (lined out)

## Section II -
This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| X 1 | Importer or Broker ........ 113.62 | $71299.00 | 5 | Public Gauger ........ 113.67 | N/A |
| 1a | Drawback Payment Refunds ........ 113.65 | N/A | 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only) ........ 113.68 | N/A |
| 2 | Custodian of bonded merchandise ........ 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | 7 | Bill of lading (Single Entry Only) ........ 113.69 | N/A |
| 3 | International Carrier ........ 113.64 | N/A | 8 | Detention of Copyrighted Material (Single Entry Only) ........ 113.70 | N/A |
| 3a | Instruments of International Traffic ........ 113.66 | | 9 | Neutrality (Single Entry Only) ........ 113.71 | N/A |
| 4 | Foreign Trade Zone Operator ........ 113.73 | N/A | 10 | Court Costs for Condemned Goods (Single Entry Only) ........ 113.72 | N/A |

## Section III -
List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s).

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|

**Total number of importer names listed in Section III:** 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

**Mailing Address Requested by the Surety:**
American Home Assurance Company
c/o Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

**PRINCIPAL 6**
Name and Address:
A California Corporation
Panjee Co., Ltd.
14145 PROCTOR AVE #18
CITY OF INDUSTRY, CA 91746

Importer No.: [REDACTED]
SIGNATURE: East-West Associates, Inc. Attorney-In-Fact
SEAL

**PRINCIPAL 6**
Name and Address:
Importer No.:
SIGNATURE:
SEAL

**SURETY 4,6**
Name and Address:
American Home Assurance Company
175 Water Street
New York, NY 10038

Surety No.: 069
SIGNATURE: Glenn A. Stebbings, Attorney-In-Fact
SEAL

**SURETY 4,6**
Name and Address:
SIGNATURE:
SEAL

**SURETY AGENTS**
Name: GLENN A. STEBBINGS
Identification No.: [REDACTED]
Identification No.:

CUSTOMS
Customs Form 301 (092189)

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE
## CUSTOMS BOND
19 CFR Part 113

| PORT LOCATION | RATING CODE | RATING CODE | | CUSTOMS USE ONLY | BOND NUMBER (Assigned by Customs) |
|---|---|---|---|---|---|
| 2704 | 4 | 0. TEXTILE  5. FDA  1. TIB  6. SCH B PT 1  2. WHSE  7. CBV/GSP  3. AUTO  8. OTHER-NOT  4. AD/CVD  LISTED ABOVE | | | FILE REFERENCE |
| CHB REF # 14485 | | | | | |
| EWA906382704841 | | | | | |

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

Execution Date: 4/25/2001

**Section I-** Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

| [X] SINGLE TRANSACTION BOND | Identification of transaction secured by this bond (e.g., entry no., seizure no., etc.) DZ1-0223914-9  Producer # | Date of transaction 4/25/2001 | Transaction district & port code 2809 |
|---|---|---|---|
| [XXX] CONTINUOUS | Effective date — XXXXXXXXXXXXXXXXXX | | |

**Section II-** This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or Broker.......... 113.62 | $34852.00 | [ ] 5 | Public Gauger.......... 113.67 | N/A |
| [ ] 1a | Drawback Payment Refunds.......... 113.65 | N/A | [ ] 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only).......... 113.68 | N/A |
| [ ] 2 | Custodian of bonded merchandise.......... 113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | [ ] 7 | Bill of lading (Single Entry Only).......... 113.69 | N/A |
| [ ] 3 | International Carrier.......... 113.64 | N/A | [ ] 8 | Detention of Copyrighted Material (Single Entry Only).......... 113.70 | N/A |
| [ ] 3a | Instruments of International Traffic.......... 113.66 | | [ ] 9 | Neutrality (Single Entry Only).......... 113.71 | N/A |
| [ ] 4 | Foreign Trade Zone Operator.......... 113.73 | N/A | [ ] 10 | Court Costs for Condemned Goods (Single Entry Only).......... 113.72 | N/A |

**Section III-** List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

Total number of importer names listed in Section III: 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

Mailing Address Requested by the Surety
American Home Assurance Company
% Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

**PRINCIPAL 6**
Name and Address
A California Corporation
Panjee Co., Ltd.
14145 PROCTOR AVE #18
CITY OF INDUSTRY, CA 91746

Importer No. 3  [REDACTED]
SIGNATURE 5
East-West Associates Inc.
Attorney-In-Fact
SEAL

**PRINCIPAL 6**
Name and Address

Importer No.
SIGNATURE 5
SEAL

**SURETY 4,6**
Name and Address 6
American Home Assurance Company
175 Water Street
New York, NY 10038

Surety No. 7
069
SIGNATURE 5
Glenn A. Stebbings
Attorney-In-Fact
[SEAL]

**SURETY 4,6**
Name and Address 6

SIGNATURE 5
SEAL

**SURETY AGENTS**
Name 8
GLENN A. STEBBINGS

Identification No. 9
[REDACTED]

Identification No. 9

CUSTOMS

Customs Form 301 (092189)

# DEPARTMENT OF THE TREASURY
## UNITED STATES CUSTOMS SERVICE
## CUSTOMS BOND
19 CFR Part 113

**PORT LOCATION:** 2704
**RATING CODE:** 4
**CHB REF #:** 15104
**EWA906382704949**

**RATING CODE:**
0. TEXTILE
1. TIB
2. WHSE
3. AUTO
4. AD/CVD
5. FDA
6. SCHB PT 1
7. CBI/GSP
8. OTHER-NOT LISTED ABOVE

**CUSTOMS USE ONLY**
BOND NUMBER (Assigned by Customs):
FILE REFERENCE:

In order to secure payment of any duty, tax or charge and compliance with law or regulation as a result of activity covered by any condition referenced below, we, the below named principal(s) and surety(ies), bind ourselves to the United States in the amount or amounts, as set forth below.

**Execution Date:** 5/23/2001

### Section I
Select Single Transaction OR Continuous Bond (not both) and fill in the applicable blank spaces.

[X] **SINGLE TRANSACTION BOND** — Identification of transaction secured by this bond: dz1-0225535-0  Producer #
**Date of transaction:** 5/23/2001
**Transaction district & port code:** 2809

[X] **CONTINUOUS BOND** — XXXXXXXXXXXXXXXXXXXXXX (lined out)

### Section II
This bond includes the following agreements. Check one box only, except that, 1a may be checked independently or with 1, and 3a may be checked independently or with 3. Line out all other parts of this section that are not used.

| Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability | Activity Code | Activity Name and Customs Regulations in which conditions codified | Limit of Liability |
|---|---|---|---|---|---|
| [X] 1 | Importer or Broker........113.62 | $34852.00 | [ ] 5 | Public Gauger........113.67 | N/A |
| [ ] 1a | Drawback Payment Refunds........113.65 | N/A | [ ] 6 | Wool & Fur Products Labeling Acts Importation (Single Entry Only)........113.68 | N/A |
| [ ] 2 | Custodian of bonded merchandise........113.63 (includes bonded carriers, freight forwarders, cartmen and lightermen, all classes of warehouses, container station operators) | N/A | [ ] 7 | Bill of lading (Single Entry Only)........113.69 | N/A |
| [ ] 3 | International Carrier........113.64 | N/A | [ ] 8 | Detention of Copyrighted Material (Single Entry Only)........113.70 | N/A |
| [ ] 3a | Instruments of International Traffic........113.66 | | [ ] 9 | Neutrality (Single Entry Only)........113.71 | N/A |
| [ ] 4 | Foreign Trade Zone Operator........113.73 | N/A | [ ] 10 | Court Costs for Condemned Goods (Single Entry Only)........113.72 | N/A |

### Section III
List below all trade names or unincorporated division that will be permitted to obligate this bond in the principal's name including their Customs Identification Number(s). (If more space is needed, use Section III (Continuation) on back of form.)

| Importer Number | Importer Name | Importer Number | Importer Name |
|---|---|---|---|
| | | | |

**Total number of importer names listed in Section III:** 0

Principal and surety agree that any charge against the bond under any of the listed names is as though it was made by the principal(s).
Principal and surety agree that they are bound to the same extent as if they executed a separate bond covering each set of conditions incorporated by reference to the Customs Regulations into this bond.

If the surety fails to appoint an agent under Title 6, United States Code, Section 7, surety consents to service on the Clerk of any United States District Court or the U.S. Court of International Trade, where suit is brought on this bond. That clerk is to send notice of the service to the surety at:

**Mailing Address Requested by the Surety:**
American Home Assurance Company
c/o Global Solutions Insurance Services, Inc.
2512 Artesia Boulevard, Suite 250
Redondo Beach, CA 90278

**PRINCIPAL 6 — Name and Address:**
A California Corporation
Panjee Co., Ltd.
14145 PROCTOR AVE #18
CITY OF INDUSTRY, CA 91746
**Importer No. 3:** [REDACTED]
**SIGNATURE 5:** East-West Associates Inc.  Attorney-In-Fact
**SEAL**

**PRINCIPAL 6 — Name and Address:**
**Importer No. 3:**
**SIGNATURE 5:**
**SEAL**

**SURETY 4,6 — Name and Address 6:**
American Home Assurance Company
175 Water Street
New York, NY 10038
**Surety No. 7:** 069
**SIGNATURE 5:** Glenn A. Stebbings, Attorney-In-Fact
**SEAL**

**SURETY 4,6 — Name and Address 6:**
**SIGNATURE 5:**
**SEAL**

**SURETY AGENTS — Name 8:** GLENN A. STEBBINGS
**Identification No. 9:** [REDACTED]
**Identification No. 9:**

CUSTOMS

Customs Form 301 (092189)