# Exhibit C




**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 09/29/2014

For Bill Inquiries Please Contact the Port at (415) 782-9200 or the Revenue Division at (317) 614-4811

| BILL TO: | *******************ALL FOR AADC 917   AA_P8 T8 |
|---|---|

PANJEE CO., LTD
317 W MAIN ST STE 427
ALHAMBRA CA 91801-7401

2015

| | |
|---|---|
| Importer Number: | ■■■■ |
| Bill Number: | 467391821 |
| Bill Date: | 09-26-14 |
| Port of Service/Charge: | 72809 |
| | SAN FRANCISCO CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 02-26-01 | DZ102201396 | | ADD-RECEIPT | 73034.27 |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **73034.27** |
| | | Amount Due After  10-25-14  (including interest) | | 73214.57 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____    Surety Code ____891_____

Interest Rate Effective ___10-01-11___    ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/

CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 09/29/2014

Bill To:  PANJEE CO., LTD
317 W MAIN ST STE 427
ALHAMBRA CA 91801-7401

Bill Number: ___467391821_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0954779167004673918210926140000073034 27

CBP Form 6084 (07/11)




# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 09/29/2014

For Bill Inquiries Please Contact the Port at (415) 782-9200 or the Revenue Division at (317) 614-4811

| BILL TO: | ********************ALL FOR AADC 917 | AA_P8 T8 |
|---|---|---|
| | PANJEE CO., LTD<br>317 W MAIN ST STE 427<br>ALHAMBRA CA 91801-7401 | 2016 |

| Importer Number: | [REDACTED] |
|---|---|
| Bill Number: | 467391832 |
| Bill Date: | 09-26-14 |
| Port of Service/Charge: | 72809 |
| | SAN FRANCISCO CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 03-28-01 | DZ102215404 | | ADD-RECEIPT | 68650.51 |
| | | | Interest Accrued to Date | 0.00 |
| | | | **Full Amount Due Upon Receipt** | **68650.51** |
| | | Amount Due After  10-25-14  (including interest) | | 68819.99 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____    Surety Code ____891_____

Interest Rate Effective ___10-01-11___    ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/          CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 09/29/2014

Bill To:  PANJEE CO., LTD
317 W MAIN ST STE 427
ALHAMBRA CA 91801-7401

Bill Number: ___467391832___

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0954779167004673918320926140000068650051

CBP Form 6084 (07/11)

# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



PRINT DATE 09/29/2014

For Bill Inquiries Please Contact the Port at (415) 782-9200 or the Revenue Division at (317) 614-4811

| BILL TO: | *******************ALL FOR AADC 917 | AA_P8 T8 |
|---|---|---|
| PANJEE CO., LTD<br>317 W MAIN ST STE 427<br>ALHAMBRA CA 91801-7401 | | 2017 |

| | |
|---|---|
| Importer Number: | [REDACTED] |
| Bill Number: | 467391843 |
| Bill Date: | 09-26-14 |
| Port of Service/Charge: | 72809 |
| | SAN FRANCISCO CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 03-31-01 | DZ102222558 | | ADD-RECEIPT | 34108.74 |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **34108.74** |
| | | Amount Due After 10-25-14 (including interest) | | 34192.94 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____    Surety Code: 891

Interest Rate Effective   10-01-11   3.00 %

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/    CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 09/29/2014

Bill To:  PANJEE CO., LTD
317 W MAIN ST STE 427
ALHAMBRA CA 91801-7401

Bill Number:   467391843

Amount Enclosed:   _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0954779167004673918430926140000003410874

CBP Form 6084 (07/11)




# U.S. Customs and Border Protection
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

For Bill Inquiries Please Contact the Port at (415) 782-9200 or the Revenue Division at (317) 614-4811

| BILL TO: | *******************ALL FOR AADC 917 | AA_P8 T8 |
|---|---|---|
| | PANJEE CO., LTD<br>317 W MAIN ST STE 427<br>ALHAMBRA CA 91801-7401 | 2018 |

| Importer Number: | ▇▇▇▇▇▇ |
|---|---|
| Bill Number: | 467391854 |
| Bill Date: | 09-26-14 |
| Port of Service/Charge: | 72809 |
| | SAN FRANCISCO CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 04-06-01 | DZ102226807 | | ADD-RECEIPT | 71298.24 |
| | | | Interest Accrued to Date | 0.00 |
| | | | Full Amount Due Upon Receipt | **71298.24** |
| | | Amount Due After  10-25-14  (including interest) | | 71474.25 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____      Surety Code ____891_____

Interest Rate Effective ___10-01-11___    ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/         CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 09/29/2014

Bill To:  PANJEE CO., LTD
         317 W MAIN ST STE 427
         ALHAMBRA CA 91801-7401

Bill Number: ____467391854_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0954779167004673918540926140000071298240

CBP Form 6084 (07/11)




**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 09/29/2014

For Bill Inquiries Please Contact the Port at (415) 782-9200 or the Revenue Division at (317) 614-4811

| BILL TO: | ********************ALL FOR AADC 917 | AA_P8 T8 |
|---|---|---|
| | PANJEE CO., LTD<br>317 W MAIN ST STE 427<br>ALHAMBRA CA 91801-7401 | 2019 |

| | |
|---|---|
| Importer Number: | [REDACTED] |
| Bill Number: | 467391865 |
| Bill Date: | 09-26-14 |
| Port of Service/Charge: | 72809 |
| | SAN FRANCISCO CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 04-29-01 | DZ102239149 | | ADD-RECEIPT | 34851.62 |
| | | | Interest Accrued to Date | 0.00 |
| | | | **Full Amount Due Upon Receipt** | **34851.62** |
| | | Amount Due After  10-25-14  (including interest) | | 34937.66 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____     Surety Code ____891_____

Interest Rate Effective ___10-01-11___     ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/     CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 09/29/2014

Bill To:  PANJEE CO., LTD
317 W MAIN ST STE 427
ALHAMBRA CA 91801-7401

Bill Number: ___467391865_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0954779167004673918650926140000003485162     CBP Form 6084 (07/11)

# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



PRINT DATE 09/29/2014

For Bill Inquiries Please Contact the Port at (415) 782-9200 or the Revenue Division at (317) 614-4811

| BILL TO: | ********************ALL FOR AADC 917 | AA_P8 T8 |
|---|---|---|
| PANJEE CO., LTD 317 W MAIN ST STE 427 ALHAMBRA CA 91801-7401 | | 2020 |

| Importer Number: | [REDACTED] |
|---|---|
| Bill Number: | 467391876 |
| Bill Date: | 09-26-14 |
| Port of Service/Charge: | 72809 |
| | SAN FRANCISCO CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 05-25-01 | DZ102255350 | | ADD-RECEIPT | 34851.62 |
| | | | Interest Accrued to Date | 0.00 |
| | | | **Full Amount Due Upon Receipt** | **34851.62** |
| | | Amount Due After 10-25-14 | (including interest) | 34937.66 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____    Surety Code ___891_____

Interest Rate Effective ___10-01-11___   ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/    CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 09/29/2014

Bill To:  PANJEE CO., LTD
317 W MAIN ST STE 427
ALHAMBRA CA 91801-7401

Bill Number: ___467391876___

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

0954779167004673918760926140000003485162    CBP Form 6084 (07/11)