# Exhibit D

```
1                                                                                                                    FICHE INDEX: 069
ACSR-CL-612                           U.S. CUSTOMS AND BORDER PROTECTION                                             RUN DATE: 07/01/15
                                        AUTOMATED COMMERCIAL SYSTEM                                                  RUN TIME: 21:47:17
                                         FORMAL DEMAND ON SURETY                                                     SURETY PAGE: 00933
                            FOR PAYMENT OF DELINQUENT AMOUNTS DUE
                    ALL BILLS OTHER THAN FINE, PENALTY AND LIQUIDATED DAMAGE BILLS
                                              JUNE 2015

         SURETY                          SURETY NUMBER              DELINQUENT DEBTOR          IMPORTER NUMBER         BANKRUPT
    AMERICAN HOME ASSURANCE COMPANY           069                   PANJEE CO., LTD            [REDACTED]
    175 WATER ST                                                    317 W MAIN ST STE 427
    FL 18
    NEW YORK              NY 100384976                              ALHAMBRA         CA 91801
```

| BILL NUMBER | BOND NUMBER | BILLING LOCATION | DOCUMENT DATE | ENTRY NUMBER | BILL DATE | AMOUNT DUE | PRINCIPAL AMT | INTEREST AMT | AGE CATEGORY 60 90 120 OVR |
|---|---|---|---|---|---|---|---|---|---|
| 46739182 | 2700023084 | SAN FRANCISCO, C | 02/26/01 | DZ102201396 | 09/26/14 | 74673.06 | 73034.27 | 1638.79 | X |
| SURETY CHANGE: | | THIS BILL IS APPEARING UNDER THIS SURETY FOR THE FIRST TIME | | | | | DATE OF SURETY CHANGE: | 06/05/15 | |
| 46739183 | 2700023084 | SAN FRANCISCO, C | 03/28/01 | DZ102215404 | 09/26/14 | 70190.94 | 68650.51 | 1540.43 | X |
| SURETY CHANGE: | | THIS BILL IS APPEARING UNDER THIS SURETY FOR THE FIRST TIME | | | | | DATE OF SURETY CHANGE: | 06/05/15 | |
| 46739184 | 2700023084 | SAN FRANCISCO, C | 03/31/01 | DZ102222558 | 09/26/14 | 34874.10 | 34108.74 | 765.36 | X |
| SURETY CHANGE: | | THIS BILL IS APPEARING UNDER THIS SURETY FOR THE FIRST TIME | | | | | DATE OF SURETY CHANGE: | 06/05/15 | |
| 46739185 | 2700023084 | SAN FRANCISCO, C | 04/06/01 | DZ102226807 | 09/26/14 | 72898.08 | 71298.24 | 1599.84 | X |
| SURETY CHANGE: | | THIS BILL IS APPEARING UNDER THIS SURETY FOR THE FIRST TIME | | | | | DATE OF SURETY CHANGE: | 06/05/15 | |
| 46739186 | 2700023084 | SAN FRANCISCO, C | 04/29/01 | DZ102239149 | 09/26/14 | 35633.65 | 34851.62 | 782.03 | X |
| SURETY CHANGE: | | THIS BILL IS APPEARING UNDER THIS SURETY FOR THE FIRST TIME | | | | | DATE OF SURETY CHANGE: | 06/05/15 | |
| 46739187 | 2700023084 | SAN FRANCISCO, C | 05/25/01 | DZ102255350 | 09/26/14 | 35633.65 | 34851.62 | 782.03 | X |
| SURETY CHANGE: | | THIS BILL IS APPEARING UNDER THIS SURETY FOR THE FIRST TIME | | | | | DATE OF SURETY CHANGE: | 06/05/15 | |

```
             NUMBER OF BILLS -  [REDACTED]    IMPORTER TOTALS
```