# Exhibit E

| | | ENTRY SUMMARY Consumption CVD/ADA | | 0222259-0 |
|---|---|---|---|---|
| TREASURY US SERVICE | 1. Entry No. | 2. Entry Type Code | 3. Entry Summary Date | |
| DZ1 | 0222259-0 | 03 ABI/A | 04/11/01 | 775 |
| | 4. Entry Date | 5. Port Code | | |
| CISCO, CA 94080 | 03/30/01 | 2809 | | |
| | 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No. | |
| | 422 | 8 | 222259 bien | |
| Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address | | 12. Importer No. |
| EST-3 | | PAN PACIFIC PRODUCTS INC., 18575 E. VALLEY BLVD. LA PUENTE, CA 91744 | | [REDACTED] |
| | | 13. Exporting Country CN | 14. Export Date 03/07/01 | |
| | | 15. Country of Origin CN | 16. Missing Documents | |
| CA State | | 17. I.T. No. | 18. I.T. Date | |
| 19. BL or AWB No. NCLLNSCHKG767732 RP00015 | 20. Mode of Transportation 11 | 21. Manufacturer I.D. [REDACTED] | 22. Reference No. | |
| 23. Importing Carrier VILLE DE GEMINA NCLL V-108 | 24. Foreign Port of Lading 57078 | 25. Location of Goods/G.O. No. | | |
| 26. U.S. Port of Unlading 2811 | 27. Import Date 03/30/01 | W801: ONE MARKET STREET | | |

| 28. Line No. | 29. Description of Merchandise / 30.(A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31.(A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33.(A) Entered Value (B) CHGS (C) Relationship | 34.(A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | | 1000 TOTAL | | NOT RELATED | | | |
| 001 | OTHR MUSHRMS, NO VINEGAR > 255G 2003.10.0053 | 13155 | 7382 KG | | | | |
| | A570851[REDACTED]  SURETY#422 067 MERCHANDISE PROCESSING FEE | | | ADA:[REDACTED] | | | |
| 002 | MUSHRMS(W/B) NO VINEGAR,> 255G 2003.10.0043 | 6545 | 3470 KG | | | | |
| | A570851[REDACTED]  SURETY#422 067 MERCHANDISE PROCESSING FEE | | | ADA:[REDACTED] | | | |
| | INVC VALUE NDC NEV | [REDACTED] | | | | | |
| | BLOCK 39 SUMMARY: MERCHANDISE PROCESSING FEE HARBOR PROCESSING FEE TOTAL: | | 499 501 | | | | |
| | | | TEV | | | | |

19 USC 1504(d)
DeemLiq A-570-851-
on 10/23/2004.
Per Doc Msg. 4114201
Dated 4/29/2004

38. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.

I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | [REDACTED] |
| | C. Ascertained Tax | 38. Tax | [REDACTED] |
| | D. Ascertained Other | 39. Other | [REDACTED] |
| | E. Ascertained Total | 40. Total | [REDACTED] |

41. Signature of Declarant, Title, and Date
SM    ATTY IN FACT 03/29/01

RECORD    Customs Form 7501 (030984)