# Exhibit  G

PRINT DATE 09/29/2014

# U.S. Customs and Border Protection

6650 Telecom Drive, Suite 100
Indianapolis, IN 46278



For Bill Inquiries Please Contact the Port at (415) 782-9200 or the Revenue Division at (317) 614-4811

| BILL TO: ********************ALL FOR AADC 917    AA_P8 T8 | Importer Number: | ████████ |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | Bill Number: | 467391796 |
| PAN PACIFIC PRODUCTS INC    1772 | Bill Date: | 09-26-14 |
| 18575 VALLEY BLVD | Port of Service/Charge: | 72809 |
| LA PUENTE CA 91744-6052 | | SAN FRANCISCO CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).  CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts.  The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 03-31-01 | DZ102222590 | | ADD-RECEIPT | 31319.98 |
| | | | Interest Accrued to Date | 0.00 |
| | | | **Full Amount Due Upon Receipt** | **31319.98** |
| | | Amount Due After  10-25-14  (including interest) | | 31397.30 |

*Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.*

Sanction Status: _____          Surety Code ____422_____

Interest Rate Effective _____10-01-11_____    ____3.00 %____

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/          CBP Form 6084 (07/11)

-----

**PAYER'S COPY**

PRINT DATE 09/29/2014

**Enclose this portion with remittance**

Bill To:   PAN PACIFIC PRODUCTS INC
18575 VALLEY BLVD
LA PUENTE CA 91744-6052

Bill Number: ____467391796_____

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

09547283550046739179609261400003131998

CBP Form 6084 (07/11)