# Exhibit H

ACSR-CL-612

FICHE INDEX: 069
RUN DATE: 02/01/16
RUN TIME: 21:55:24
SURETY PAGE: 00946

U.S. CUSTOMS AND BORDER PROTECTION
AUTOMATED COMMERCIAL SYSTEM

FORMAL DEMAND ON SURETY
FOR PAYMENT OF DELINQUENT AMOUNTS DUE
ALL BILLS OTHER THAN FINE, PENALTY AND LIQUIDATED DAMAGE BILLS
JANUARY 2016

| SURETY | SURETY NUMBER | DELINQUENT DEBTOR | IMPORTER NUMBER | |
|---|---|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY | 069 | PAN PACIFIC PRODUCTS INC | [REDACTED] | BANKRUPT |
| 175 WATER ST | | 18575 VALLEY BLVD | | |
| FL 18 | | LA PUENTE   CA 91744 | | |
| NEW YORK   NY 100384976 | | | | |

| BILL NUMBER | BOND NUMBER | BILLING LOCATION | DOCUMENT DATE | ENTRY NUMBER | BILL DATE | AMOUNT DUE | PRINCIPAL AMT | INTEREST AMT | AGE CATEGORY 60 90 120 OVR |
|---|---|---|---|---|---|---|---|---|---|
| 46739179 | 279911225 | SAN FRANCISCO, C | 03/31/01 | DZ10222590 | 09/26/14 | 32580.12 | 31319.98 | 1260.14 | X |
| SURETY CHANGE: THIS BILL IS APPEARING UNDER THIS SURETY FOR THE FIRST TIME   DATE OF SURETY CHANGE: 01/07/16 | | | | | | | | | |
| 46739180 | 279911225 | SAN FRANCISCO, C | 01/04/02 | DZ102375125 | 09/26/14 | 30951.93 | 29754.77 | 1197.16 | X |
| SURETY CHANGE: THIS BILL IS APPEARING UNDER THIS SURETY FOR THE FIRST TIME   DATE OF SURETY CHANGE: 01/07/16 | | | | | | | | | |
| NUMBER OF BILLS - [REDACTED] | | IMPORTER TOTALS | | | | | | | |