# Exhibit  I

**ENTRY SUMMARY** Consumption CVD/ADA

| | |
|---|---|
| THE TREASURY CUSTOMS SERVICE | |
| DZ1 | |
| ANCISCO, CA 94080 | |
| VASS | |

| 1. Entry No. | 2. Entry Type Code | 3. Entry Summary Date |
|---|---|---|
| 0237512-5 | 03 ABI/A | 7/5 |

| 4. Entry Date | 5. Port Code |
|---|---|
| 1-2-02 | 2809 |

| 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No. |
|---|---|---|
| 422 | B | 237512 hieu    chris |

| 9. Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address | 12. Importer No. |
|---|---|---|---|
| | | PAN PACIFIC PRODUCTS INC., 18575 E. VALLEY BLVD. LA PUENTE, CA 91744 | |

| 13. Exporting Country | 14. Export Date |
|---|---|
| CN | 12/15/01 |

| 15. Country of Origin | 16. Missing Documents |
|---|---|
| CN | |

| 17. I.T. No. | 18. I.T. Date |
|---|---|

| 19. B L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| CHNJQDOAK300849 QDOAK300849 | 11 | | |

| 23. Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. |
|---|---|---|
| VILLE DE TANYA   CHNJ V-E412 | 57047 | |

| 26. U.S. Port of Unlading | 27. Import Date | WR01: ONE MARKET STREET |
|---|---|---|
| 2811 | 01/04/02 | |

| 28. Line No. | 29. Description of Merchandise | 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C Rate D. Visa No. | 35. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|---|
| | 3000  TOTAL CTNS | | | | NOT RELATED | | |
| 001 | OTH MUSHRMS NO VINEGAR, <=2 | 2003.10.0037 | 17000 | 8136 KG | | | |
| | | A570851 | SURETY#422 069  ADA: | | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | IV & EV | | | | | | |
| | BLOCK 39 SUMMARY: | | | | | | |
| | MERCHANDISE PROCESSING FEE | | 499 | | | | |
| | HARBOR PROCESSING FEE | | 501 | | | | |
| | TOTAL: | | | | | | |

1945C / 504 (d)
Deam Liq A-570-851
on 12/11/2003
Per Doc Msg
Date

TEV

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE | | TOTALS |
|---|---|---|---|
| I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief. | A. Liq. Code | B. Ascertained Duty | 37. Duty |
| | C. Ascertained Tax | | 38. Tax |
| I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | D. Ascertained Other | | 39. Other |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. | 41. Signature of Declarant, Title, and Date    ITY IN FACI 12/31/ | E. Ascertained Total | 40. Total |

RECORD

Customs Form 7501 (030084