# Exhibit K




**U.S. Customs and Border Protection**
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

PRINT DATE 09/29/2014

For Bill Inquiries Please Contact the Port at (415) 782-9200 or the Revenue Division at (317) 614-4811

| BILL TO: | *******************ALL FOR AADC 917 | AA_P8 T8 |
|---|---|---|
| PAN PACIFIC PRODUCTS INC<br>18575 VALLEY BLVD<br>LA PUENTE CA 91744-6052 | | 1773 |

| | |
|---|---|
| Importer Number: | [REDACTED] |
| Bill Number: | 467391809 |
| Bill Date: | 09-26-14 |
| Port of Service/Charge: | 72809 |
| | SAN FRANCISCO CA |

Dear Sir or Madam:

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP). CBP bills for supplemental duties (increased or additional duties, taxes, and fees assessed upon the liquidation or re-liquidation of an entry) together with interest, reimbursable services, and miscellaneous amounts. The Code of Federal Regulations (19 CFR § 24.1(a)(2)) requires your remittance to be payable in United States dollars and drawn on a United States bank.

| Transaction Date | Transaction Identification (i.e., Entry No./Work Ticket No.) | Reference Name | Type of Charge | Amount |
|---|---|---|---|---|
| 01-04-02 | DZ102375125 | | ADD-RECEIPT | 29754.77 |
| | | | Interest Accrued to Date | 0.00 |
| | | | **Full Amount Due Upon Receipt** | **29754.77** |
| | | Amount Due After 10-25-14 (including interest) | | 29828.22 |

Note: Failure to make payment or provide legal justification of non-payment may result in suspension of immediate release privileges in accordance with 19 CFR § 142.26.

Sanction Status: _____    Surety Code ___422___

Interest Rate Effective ___10-01-11___   ___3.00 %___

For more information visit www.cbp.gov/xp/cgov/trade/priority_trade/revenue/    CBP Form 6084 (07/11)

---

**PAYER'S COPY**

Enclose this portion with remittance

PRINT DATE 09/29/2014

Bill To:  PAN PACIFIC PRODUCTS INC
          18575 VALLEY BLVD
          LA PUENTE CA 91744-6052

Bill Number: ___467391809___

Amount Enclosed: _____

U.S. Customs and Border Protection
P.O. Box 530071
Atlanta, GA 30353-0071

095472835500467391809092614000002975477    CBP Form 6084 (07/11)