# Exhibit 1

DEPARTMENT OF THE TREASURY / ENTRY SUMMARY CBP/ADA  0220139-6

UNITED STATES CUSTOMS SERVICE

EWI INC.   DZ1
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

| Field | Value |
|---|---|
| 1. Entry No. | 0220139-6 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 3-8-01   YT   775 |
| 4. Entry Date | 2-22-01 |
| 5. Port Code | 2809 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 220139 hieu |

9. Ultimate Consignee Name and Address

**EST-3**  CA  State

10. Consignee No.

11. Importer of Record Name and Address
PANJEE CO., LTD.
14145 PROCTOR AVENUE / 18
CITY OF INDUSTRY, CA 91746-2858

13. Exporting Country: CN
14. Export Date: 02/03/01
15. Country of Origin: CN
16. Missing Documents:
17. I.T. No.:
18. I.T. Date:

19. B L or AWB No.: CHNJYTOAK352030 / TH20010200093
20. Mode of Transportation: 11
21. Manufacturer [REDACTED]
22. Reference No.:
23. Importing Carrier: ESCL SHANGHAI  CHNJ V-0005E
24. Foreign Port of Lading: 57078
25. Location of Goods/G.O. No.:
26. U.S. Port of Unlading: 2811
27. Import Date: 02/26/01
Y738: 5190 - 7TH ST.

| 28. Line No. | 30A. T.S.U.S.A. No. / 30B. ADA CVD Case No. | 31A. Gross Weight / 31B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33A. Entered Value / 33B. CHGS / 33C. Relationship | 34A. T.S.U.S.A. Rate / 34B. ADA/CVD Rate / 34C. I.R.C Rate / 34D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | INV # 1 | 1008 CTNS | 1960 TOTAL | NOT RELATED | | | |
| 001 | MUSHRMS(W/B) NO VINEGAR,> 255G 2003.10.0043 | 19857 | 11890 KG | | | | |
| | A570851 [REDACTED] SURETY#891 069 MERCHANDISE PROCESSING FEE | | | ADA: [REDACTED] | | | |
| | IV & EV | | | | | | |
| | INV # 2 | 952 CTNS | | | | | |
| 002 | OTHR MUSHRMS, NO VINEGAR > 255G 2003.10.0053 | 15387 | 9073 KG | | | | |
| | A570851 [REDACTED] SURETY#891 069 MERCHANDISE PROCESSING FEE | | | ADA: [REDACTED] | | | |

BLOCK 39 SUMMARY:
MERCHANDISE PROCESSING FEE   499
HARBOR PROCESSING FEE        501
TOTAL:

****** CONTINUED ******   TEV

Handwritten note:
19 USC 1504(d)
Deem Liq A-570851
on 10/23/2004
Per Doc Msg - 4114201
Dated 4/23/2004

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.   OR   [X] owner or purchaser or agent thereof.

I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.   OR   [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE
A. Liq. Code
B. Ascertained Duty
C. Ascertained Tax
D. Ascertained Other
E. Ascertained Total

41. Signature of Declarant, Title, and Date   SM   ATTY IN FACT 02/22/01

TOTALS: 37, 38, 39, 40 [REDACTED]

RECORD

Customs Form 7501 (030984)

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | ENTRY SUMMARY | Consumption CVD/ADA | 0220139-6 |
|---|---|---|---|
| EWI INC. DZ1 305 HARBOR WAY SOUTH SAN FRANCISCO, CA 94080 EAST-WESTASS | 1. Entry No. 0220139-6 | 2. Entry Type Code 03 ABI/A | 3. Entry Summary Date 775 |
| | 4. Entry Date | 5. Port Code | |
| | 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No. 220139 hieu |
| 9. Ultimate Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address PANJEE CO., LTD. | 12. Importer No. |
| | | 13. Exporting Country | 14. Export Date |
| | | 15. Country of Origin | 16. Missing Documents |
| | State | 17. I.T. No. | 18. I.T. Date |
| 19. B L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
| 23. Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 27. Import Date | | |

| 28. Line No. | 29. Description of Merchandise / 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | *** CONTINUED — PAGE 2 *** | | | | | | |
| 003 | OTHR MUSHRMS,NO VINEGAR > 255G 2003.10.0053 A570851 MERCHANDISE PROCESSING FEE INVC VALUE NDC NEV | 3653 SURETY#891 | 1945 KG | ADA: | | | |
| | RECAP: | 38897 | 1960 CTN | | | | |
| | | | TEV | | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above.  OR  ☐ owner or purchaser or agent thereof.

I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true.  OR  ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS |
|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty |
| | C. Ascertained Tax | 38. Tax |
| | D. Ascertained Other | 39. Other |
| | E. Ascertained Total | 40. Total |
| 41. Signature of Declarant, Title, and Date | | |

RECORD                                          Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY — UNITED STATES CUSTOMS SERVICE — ENTRY SUMMARY — 0221540-4

EWI INC.
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

DZ1

1. Entry No.: 0221540-4
2. Entry Type Code: 03 ABI/A
3. Entry Summary Date: 4-6-01 YT   775
4. Entry Date: 3-24-01
5. Port Code: 2809
6. Bond No.: 891
7. Bond Type Code: 8
8. Broker / Importer File No.: 221540 hieu

9. Ultimate Consignee Name and Address
10. Consignee No.
11. Importer of Record Name and Address:
PANJEE CO., LTD.
14145 PROCTOR AVENUE / 18
CITY OF INDUSTRY, CA 91746-2858

EST-3

State: CA
13. Exporting Country: CN
14. Export Date: 03/07/01
15. Country of Origin: CN
16. Missing Documents
17. I.T. No.
18. I.T. Date

19. B L or AWB No.: CHNJYTOAK352039 / YTOAK352039
20. Mode of Transportation: 11
21. Manufacturer I.D.: SEE BELOW
22. Reference No.
23. Importing Carrier: VILLE D'ORION   CHNJ V-E371I
24. Foreign Port of Lading: 57078
25. Location of Goods/G.O. No.: WB01: ONE MARKET STREET
26. U.S. Port of Unlading: 2811
27. Import Date: 03/24/01

| 28. Line No. | 30.(A) T.S.U.S.A. No. / (B) ADA CVD Case No. | 31.(A) Gross Weight / (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33.(A) Entered Value / (B) CHGS / (C) Relationship | 34.(A) T.S.U.S.A. Rate / (B) ADA/CVD Rate / (C) I.R.C Rate / (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | | 4152 TOTAL PKGS | | NOT RELATED | | | |
| | — INV # 1 — | 3200 CTNS | | | | | |
| 001 | OTH MUSHRMS NO VINEGAR,<=255GM | | | | | | |
| | 2003.10.0037 | 19200 | 8709 KG | | | | |
| | A570851■ | SURETY#891 069 | ADA: | | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | INVC VALUE | | | | | | |
| | NDC | | | | | | |
| | NEV | | | | | | |
| | — INV # 2 — | 952 CTNS | | | | | |
| 002 | OTHR MUSHRMS,NO VINEGAR > 255G | | | | | | |
| | 2003.10.0053 | 13440 | 7773 KG | | | | |
| | A570851■ | SURETY#891 069 | ADA:■ | | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | BLOCK 39 SUMMARY: | | | | | | |
| | MERCHANDISE PROCESSING FEE | | 499 | | | | |
| | HARBOR PROCESSING FEE | | 501 | | | | |
| | TOTAL: | | | | | | |
| | ****** CONTINUED ****** | | TEV | | | | |

Handwritten note: 19 USC 1504(d) Deem Liq A-570 851 on 10/23/2004. Per Doc Msg 4114201 Dated 4/23/2004

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent
I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR owner or purchaser or agent thereof.
I further declare that the merchandise X was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.
I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.
Notice required by Paperwork Reduction Act of 1980...

U.S. CUSTOMS USE
A. Liq. Code
B. Ascertained Duty — 37. Duty
C. Ascertained Tax — 38. Tax
D. Ascertained Other — 39. Other
E. Ascertained Total — 40. Total

41. Signature of Declarant, Title, and Date: SM  ATTY IN FACT 03/15/01

RECORD

Customs Form 7501 (030984)

# DEPARTMENT OF THE TREASURY — UNITED STATES CUSTOMS SERVICE
## ENTRY SUMMARY

0221540-4

EWI INC.
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

DZ1

| Field | Value |
|---|---|
| 1. Entry No. | 0221540-4 |
| 2. Entry Type Code | 03 AB17A |
| 3. Entry Summary Date | 775 |
| 4. Entry Date | |
| 5. Port Code | |
| 6. Bond No. | |
| 7. Bond Type Code | |
| 8. Broker/Importer File No. | 221540 hieu |
| 9. Ultimate Consignee Name and Address | |
| 10. Consignee No. | |
| 11. Importer of Record Name and Address | PANJEE CO., LTD. |
| 12. Importer No. | |
| 13. Exporting Country | |
| 14. Export Date | |
| 15. Country of Origin | |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B L or AWB No. | |
| 20. Mode of Transportation | |
| 21. Manufacturer I.D. | |
| 22. Reference No. | |
| 23. Importing Carrier | |
| 24. Foreign Port of Lading | |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | |
| 27. Import Date | |

| 28. Line No. | 29. Description of Merchandise / 30. (A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31. (A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | *** CONTINUED - PAGE 2 *** | | | | | | |
| 003 | MUSHRMS SLICED, NO VINEGR, >255G 2003.10.0047 | 5600 | 3239 KG | | | | |
| | A570851 ■ SURETY# 251 069 | | | ADA: | | | |
| | MERCHANDISE PROCESSING FEE | | | | | | |
| | INVC VALUE ■ NDC NEV | | | | | | |
| | RECAP: | 38240 | 4152 PKG | | | | |
| | | | | TEV ■ | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☐ owner or purchaser or agent thereof.

I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | |
| | C. Ascertained Tax | 38. Tax | |
| | D. Ascertained Other | 39. Other | |
| | E. Ascertained Total | 40. Total | |
| 41. Signature of Declarant, Title, and Date | | | |

RECORD

Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY — UNITED STATES CUSTOMS SERVICE — ENTRY SUMMARY

0222255-8

EWI INC.
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

| Field | Value |
|---|---|
| 1. Entry No. | DZ1 0222255-8 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 04/~~11~~/01  13   YT  775 |
| 4. Entry Date | 03/30/01 |
| 5. Port Code | 2809 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 222255 hieu |

EST-3

9. Ultimate Consignee Name and Address
10. Consignee No.
11. Importer of Record Name and Address

PANJEE CO., LTD.
14145 PROCTOR AVENUE / 18
CITY OF INDUSTRY, CA 91746-2858

12. Importer No. [REDACTED]

| Field | Value |
|---|---|
| 13. Exporting Country | CN |
| 14. Export Date | 03/07/01 |
| 15. Country of Origin | CN |
| 16. Missing Documents | |
| State | CA |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B L or AWB No. | NCLLNSCHKG767728 RP00016 |
| 20. Mode of Transportation | 11 |
| 21. Manufacturer I.D. | [REDACTED] |
| 22. Reference No. | |
| 23. Importing Carrier | NCLL VILLE DE GEMINA V-108 |
| 24. Foreign Port of Lading | 57078 |
| 25. Location of Goods/G.O. No. | W801: ONE MARKET STREET |
| 26. U.S. Port of Unlading | 2811 |
| 27. Import Date | 03/30/01 |

| 28. Line No. | 29. Description of Merchandise / 30.(A) T.S.U.S.A. No. (B) ADA CVD Case No. | 31.(A) Gross Weight (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33.(A) Entered Value (B) CHGS (C) Relationship | 34.(A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | 1000 TOTAL | | | NOT RELATED | | | |
| 001 | OTHR MUSHRMS,NO VINEGAR > 255G  2003.10.0053 | 985 | 576 KG | | | | |
| | A570851 [REDACTED] SURETY#~~891~~ 069 ADA:[REDACTED] MERCHANDISE PROCESSING FEE | | | | | | |
| 002 | MUSHRMS SLICED,NO VINEGR,>255G  2003.10.0047 | 8374 | 4916 KG | | | | |
| | A570851 [REDACTED] SURETY#~~891~~ 069 ADA:[REDACTED] MERCHANDISE PROCESSING FEE | | | | | | |
| 003 | MUSHRMS(W/B) NO VINEGAR,> 255G  2003.10.0043 | 10343 | 6073 KG | | | | |
| | A570851 [REDACTED] SURETY#~~891~~ 069 ADA:[REDACTED] MERCHANDISE PROCESSING FEE | | | | | | |
| | BLOCK 39 SUMMARY:  MERCHANDISE PROCESSING FEE  HARBOR PROCESSING FEE  TOTAL:  ****** CONTINUED ****** | | 499 501 TEV | | | | |

Handwritten note: 19USC1504(d) Deemliq A-570-851 on 10/23/2004. Per Doc Msg 4/14/201 Dated 4/23/2004

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

[ ] I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.

I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

U.S. CUSTOMS USE — TOTALS

A. Liq. Code
B. Ascertained Duty — 37. Duty [REDACTED]
C. Ascertained Tax — 38. Tax
D. Ascertained Other — 39. Other
E. Ascertained Total — 40. Total

41. Signature of Declarant, Title, and Date
SM    ATTY IN FACT  03/29/01

RECORD

Customs Form 7501 (030984)

CONFIDENTIAL INFORMATION HAS BEEN REDACTED

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE | ENTRY SUMMARY   Consumption CV D/ADA   0222255-8 |

EWI INC.   DZ1
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

| | | |
|---|---|---|
| 1. Entry No.<br>0222255-8 | 2. Entry Type Code<br>03 ABI/A | 3. Entry Summary Date<br>04/11/01   775 |
| 4. Entry Date | 5. Port Code | |
| 6. Bond No. | 7. Bond Type Code | 8. Broker / Importer File No.<br>222255 hieu |

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | 11. Importer of Record Name and Address<br><br>PANJEE CO., LTD. | 12. Importer No. |
|---|---|---|---|
| | | 13. Exporting Country | 14. Export Date |
| | | 15. Country of Origin | 16. Missing Documents |
| State | | 17. I.T. No. | 18. I.T. Date |

| 19. B L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| 23. Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 27. Import Date | | |

| 28. Line No. | 29. Description of Merchandise<br>30. (A) T.S.U.S.A. No.<br>     (B) ADA CVD Case No. | 31. (A) Gross Weight<br>     (B) Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. (A) Entered Value<br>     (B) CHGS<br>     (C) Relationship | 34. (A) T.S.U.S.A. Rate<br>     (B) ADA/CVD Rate<br>     (C) I.R.C Rate<br>     (D) Visa No. | 35. Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | | | | | | Dollars / Cents |
| | INVC VALUE<br>NDC<br>NEV | *** CONTINUED — PAGE 2 *** | | | | |
| | | | TEV | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR owner or purchaser or agent thereof.

I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | TOTALS |
|---|---|
| A. Liq. Code | |
| B. Ascertained Duty | 37. Duty |
| C. Ascertained Tax | 38. Tax |
| D. Ascertained Other | 39. Other |
| E. Ascertained Total | 40. Total |

41. Signature of Declarant, Title, and Date

RECORD

Customs Form 7501 (030984)

**DEPARTMENT OF THE TREASURY**
**UNITED STATES CUMTOMS SERVICE**
**ENTRY SUMMARY**

0222680-7

EWI INC.
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

| Field | Value |
|---|---|
| 1. Entry No. | DZ1 0222680-7 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 4-17-01  YT  775 |
| 4. Entry Date | 4-3-01 |
| 5. Port Code | 2809 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker / Importer File No. | 222680 hieu |

9. Ultimate Consignee Name and Address
10. Consignee No.
11. Importer of Record Name and Address

PANJEE CO., LTD.
14145 PROCTOR AVENUE / 18
CITY OF INDUSTRY, CA 91746-2858

EST-3

CA State

| Field | Value |
|---|---|
| 13. Exporting Country | CN |
| 14. Export Date | 03/19/01 |
| 15. Country of Origin | CN |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B L or AWB No. | NCLLNSCHKG772599  RP00020 |
| 20. Mode of Transportation | 11 |
| 21. Manufacturer I.D. | [REDACTED] |
| 22. Reference No. | |
| 23. Importing Carrier | VILLE DE VENUS  NCLL V-E0373 |
| 24. Foreign Port of Lading | 57078 |
| 25. Location of Goods/G.O. No. | W801: ONE MARKET STREET |
| 26. U.S. Port of Unlading | 2811 |
| 27. Import Date | 04/06/01 |

| 28. Line No. | 30. A. T.S.U.S.A. No. / B. ADA CVD Case No. | 31. A. Gross Weight / B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value / B. CHGS / C. Relationship | 34. A. T.S.U.S.A. Rate / B. ADA/CVD Rate / C. I.R.C Rate / D. Visa No. | 35. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | INV # 1 | 4152 TOTAL 3200 CTNS | | NOT RELATED | | | |
| 001 | OTH MUSHRMS 2003.10.0037 | NO VINEGAR,<=255GM 19200 | 8709 KG | [REDACTED] | | | |
| | A570851 [REDACTED] MERCHANDISE | SURETY#891 069 PROCESSING FEE | ADA: | | | | |
| | INVC VALUE NDC NEV | [REDACTED] | | | | | |
| | INV # 2 | 952 CTNS | | | | | |
| 002 | MUSHRMS(W/B) 2003.10.0027 | NO VINEGR<=255GM 19040 | 11045 KG | | | | |
| | A570851 [REDACTED] MERCHANDISE | SURETY#891 069 PROCESSING FEE | ADA: | | | | |
| | BLOCK 39 SUMMARY: MERCHANDISE PROCESSING FEE HARBOR PROCESSING FEE TOTAL: | 499 501 | | | | | |
| | ****** CONTINUED ****** | | TEV | | | | |

Handwritten notes: 19USC(1504Cd) Dean Liq A570-851 on 10/23/2004. Per Doc Msg 4/1420/D dated 4/23/2004

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR owner or purchaser or agent thereof.
I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.
I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980...

U.S. CUSTOMS USE | TOTALS
A. Liq. Code
B. Ascertained Duty | 37. Duty [REDACTED]
C. Ascertained Tax | 38. Tax
D. Ascertained Other | 39. Other
E. Ascertained Total | 40. Total

41. Signature of Declarant, Title, and Date
SM   ATTY IN FACT 04/03/01

RECORD   Customs Form 7501 (030984)

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE | ENTRY SUMMARY | 0222680-7 |

EWI INC.  DZ1
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

1. Entry No.: 0222680-7
2. Entry Type Code: 03 ABI/A
3. Entry Summary Date: 775
4. Entry Date:
5. Port Code:
6. Bond No.:
7. Bond Type Code:
8. Broker / Importer File No.: 222680 hieu
9. Ultimate Consignee Name and Address:
10. Consignee No.:
11. Importer of Record Name and Address: PANJEE CO., LTD.
12. Importer No.:
13. Exporting Country:
14. Export Date:
15. Country of Origin:
16. Missing Documents:
17. I.T. No.:
18. I.T. Date:
19. B L or AWB No.:
20. Mode of Transportation:
21. Manufacturer I.D.:
22. Reference No.:
23. Importing Carrier:
24. Foreign Port of Lading:
25. Location of Goods/G.O. No.:
26. U.S. Port of Unlading:
27. Import Date:

*** CONTINUED – PAGE 2 ***

INVC VALUE
NDC
NEV

RECAP:  38240   4152 CTN

TEV

Customs Form 7501 (030984)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE
ENTRY SUMMARY

0223914-9

| Field | Value |
|---|---|
| EWI INC., 305 HARBOR WAY, SOUTH SAN FRANCISCO, CA 94080 | DZ1 |
| EAST-WESTASS | |
| 1. Entry No. | 0223914-9 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 5-9-01 YT 775 |
| 4. Entry Date | 4-25-01 |
| 5. Port Code | 2809 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | 223914 hieu |
| 11. Importer of Record Name and Address | PANJEE CO., LTD. 14145 PROCTOR AVENUE / 18 CITY OF INDUSTRY, CA 91746-2858 |
| 13. Exporting Country | CN |
| 14. Export Date | 04/09/01 |
| 15. Country of Origin | CN |
| State | CA |
| 19. B/L or AWB No. | NCLLNCLSHZ191287 FP01W1792 |
| 20. Mode of Transportation | 11 |
| 23. Importing Carrier | VILLE DE VELA   NCLL V-111 |
| 24. Foreign Port of Lading | 57078 |
| 26. U.S. Port of Unlading | 2811 |
| 27. Import Date | 04/29/01 |

W801: ONE MARKET STREET

EST-3

| Line No. | T.S.U.S.A. No. / ADA CVD Case No. | Gross Weight / Manifest Qty. | Net Quantity in T.S.U.S.A. Units | Entered Value / CHGS / Relationship | T.S.U.S.A. Rate / ADA/CVD Rate / I.R.C. Rate / Visa No. | Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| 001 | OTH MUSHRMS NO VINEGAR,<=255GM 2003.10.0037 | 3200 TOTAL 19200 | 8709 KG | NOT RELATED | | |
| | A570851   SURETY#891 064   ADA: | | | | | |
| | MERCHANDISE PROCESSING FEE | | | | | |
| | IV & EV | | | | | |
| | BLOCK 39 SUMMARY: | | | | | |
| | MERCHANDISE PROCESSING FEE | | 499 | | | |
| | HARBOR PROCESSING FEE | | 501 | | | |
| | TOTAL: | | | | | |

19 USC 1504(d)
Deem Liq A-570-851
on 10/23/2004
Per Doc Msg. 4114201
Dated 4/23/2004

TEV

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent
I declare that I am the [ ] importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR [X] owner or purchaser or agent thereof.
I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true, OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

| U.S. CUSTOMS USE | TOTALS |
|---|---|
| A. Liq. Code | 37. Duty |
| B. Ascertained Duty | |
| C. Ascertained Tax | 38. Tax |
| D. Ascertained Other | 39. Other |
| E. Ascertained Total | 40. Total |

41. Signature of Declarant, Title, and Date
SM   ATTY IN FACT 04/24/01

RECORD   Customs Form 7501 (030984)

**DEPARTMENT OF THE TREASURY — UNITED STATES CUSTOMS SERVICE — ENTRY SUMMARY**

0225535-0

EWI INC.
305 HARBOR WAY
SOUTH SAN FRANCISCO, CA 94080

EAST-WESTASS

| Field | Value |
|---|---|
| 1. Entry No. | 071 0225535-0 |
| 2. Entry Type Code | 03 ABI/A |
| 3. Entry Summary Date | 6-11-01 |
| 4. Entry Date | 5-25-01 |
| 5. Port Code | 2809 |
| 6. Bond No. | 891 |
| 7. Bond Type Code | 8 |
| 8. Broker/Importer File No. | 225535 hieu |
| 9. Ultimate Consignee Name and Address | |
| 10. Consignee No. | |
| 11. Importer of Record Name and Address | PANJEE CO., LTD. 14145 PROCTOR AVENUE / 18 CITY OF INDUSTRY, CA 91746-2858 |
| 12. Importer No. | [REDACTED] |
| 13. Exporting Country | CN |
| 14. Export Date | 05/07/01 |
| 15. Country of Origin | CN |
| 16. Missing Documents | |
| 17. I.T. No. | |
| 18. I.T. Date | |
| 19. B/L or AWB No. | TPCSNSFCE01012 / FP01W2160 |
| 20. Mode of Transportation | 11 |
| 21. Manufacturer I.D. | [REDACTED] |
| 22. Reference No. | |
| 23. Importing Carrier | TPCS PACIFIC CHAMPION V-019E |
| 24. Foreign Port of Lading | 57078 |
| 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | 2811 |
| 27. Import Date | 05/25/01 |
| | Y738: 5190 - 7TH ST. |

EST-3   CA State

| 28. Line No. | 30.A T.S.U.S.A. No. / B. ADA CVD Case No. | 29. Description of Merchandise | 31.A Gross Weight / B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33.A Entered Value / B. CHGS / C. Relationship | 34.A T.S.U.S.A. Rate / B. ADA/CVD Rate / C. I.R.C Rate / D. Visa No. | 35. Duty and I.R. Tax Dollars / Cents |
|---|---|---|---|---|---|---|---|
| 001 | 2003.10.0037 A570851 | OTH MUSHRMS NO VINEGAR, <=255GM | 3200 TOTAL PKGS 19200 | 8709 KG | NOT RELATED | | |
| | | SURETY 069 ADA: MERCHANDISE PROCESSING FEE | | | | | |
| | | IV & EV | | | [REDACTED] | | |
| | | BLOCK 39 SUMMARY: MERCHANDISE PROCESSING FEE | | | 499 | | |
| | | HARBOR PROCESSING FEE | | | 50 | | |
| | | TOTAL: | | | | | |

19 USC 1504(d)
D cam Liq A. 570-851
on 10/23/2004.
Per Doc Msg 4114 2d
Dated 4/23/2004

TEU

**36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent**

I declare that I am the
☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☒ owner or purchaser or agent thereof.
I further declare that the merchandise
☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| U.S. CUSTOMS USE | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | | 37. Duty | [REDACTED] |
| B. Ascertained Duty | | | |
| C. Ascertained Tax | | 38. Tax | [REDACTED] |
| D. Ascertained Other | | 39. Other | [REDACTED] |
| E. Ascertained Total | | 40. Total | [REDACTED] |

41. Signature of Declarant, Title, and Date
sm    ATTY IN FACT 05/25/01

RECORD    Customs Form 7501 (030984)