2154428   D0705179

**FILED**
in the office of the Secretary of State
of the State of California

MAR 2 8 2003

KEVIN SHELLEY, SECRETARY OF STATE

CERTIFICATE OF DISSOLUTION

HUI ZHAO certifies that:

1. I constitute the sole director now in office of PANJEE CO. LTD., a California Corporation.

2. The corporation has been completely wound up.

3. The corporation's known debts and liabilities have been actually paid.

4. The known assets have been distributed to the persons entitled thereto.

5. A person or corporation assumes the tax liability, if any, of the dissolving corporation as security for the issuance of a tax clearance certificate from the Franchise Tax Board and is responsible for additional corporate taxes, if any, that are assessed and that become due after the date of the assumption of the tax liability.

6. The corporation is dissolved.


I further declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

DATE: 03/15/03

HUI ZHAO, Director