D0692358

2102075

CERTIFICATE OF DISSOLUTION

OF

PAN PACIFIC PRODUCTS, INC.

FILED
In the Office of the Secretary of State
of the State of California

DEC - 2 2002

BILL JONES, Secretary of State

The undersigned, being the directors of PAN PACIFIC PRODUCTS, INC., a California corporation, (the "Corporation"), pursuant to the authority set forth in Section 1905 of the California General Corporation Law, do hereby take the following actions:

1. They constitute a majority of the directors now in office of PAN PACIFIC PRODUCTS, INC., a California corporation.

2. The Corporation has been completely wound up.

3. The Corporation's known debts and liabilities have been paid as far as its assets permitted.

4. The known assets have been distributed to the persons entitled thereto.

5. Cary Y. C. Liu and Kyoji Yamamoto assume the tax liability, if any, of the dissolving Corporation as security for the issuance of a Tax Clearance Certificate from the Franchise Tax Board and is responsible for additional corporation taxes, if any, that are assessed and that become due after the date of assumption of the tax liability.

6. The election to dissolve was made by the vote of all of the outstanding shares of capital stock of the Corporation

7. The Corporation is dissolved.

We further declare under the penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

Date: July 31, 2002

_____
Cary Y. C. Liu, Director

_____
Kyoji Yamamoto, Director