UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HONORABLE RICHARD K. EATON, *SENIOR JUDGE*

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Court No.: 20-00175 |
| v. | : |
| AMERICAN HOME ASSURANCE COMPANY, | : |
| Defendant. | : |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Rule 56.3 of the Rules of the United States Court of International Trade, plaintiff, the United States (the Government), respectfully responds to the statement of facts submitted by defendant, American Home Assurance Company (AHAC), in support of its motion for summary judgment.

1. Admits.

2. Admits.

3. Admits.

4. Admits.

5. Admits.

6. Objects to the phrase "roughly in proportion" as being vague and ambiguous. Notwithstanding and without waiving this objection, admits.

7. Admits.

8. Admits.

9. Denies that U.S. Customs and Border Protection (CBP) reliquidated the entries. *See* Pl. Ex. 1; Pl. 3 ¶14. Admits the remainder.

10. Admits.

11. Admits.

12. Admits that AHAC did not make payment to CBP for the bills for the Panjee entries. Denies that CBP reliquidated the entries. *See* Pl. Ex. 1; Pl. 3 ¶14. Denies the remainder for lack of knowledge or information sufficient to form a belief as to the truthfulness of the statement and avers that this portion of the statement does not comprise a material fact.

13. Admits.

14. Admits.

15. Admits.

16. Admits.

17. Objects to the phrase "roughly proportionate" as being vague and ambiguous. Notwithstanding and without waiving this objection, admits.

18. Admits.

19. Admits.

20. Denies that CBP reliquidated the entries. *See* Pl. 3 ¶26; Pl. Ex. 6. Admits the remainder.

21. Admits.

22. Admits.

23. Admits that AHAC did not make payment to CBP for the bills for the Pan Pacific entries. Denies that CBP reliquidated the entries. *See* Pl. 3 ¶26; Pl. Ex. 6. Denies the remainder for lack of knowledge or information sufficient to form a belief as to the truthfulness of the statement and avers that this portion of the statement does not comprise a material fact.

*Plaintiff's Response to Defendant's Statement of Undisputed Material Facts: United States of America v. American Home Assurance Company, Court No. 20-00175*

                                  Respectfully submitted,

                                  BRIAN M. BOYNTON
                                  Acting Assistant Attorney General

                                  JEANNE E. DAVIDSON
                                  Director

                                  /s/ Justin R. Miller
By:    JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

                                  /s/ Peter A. Mancuso
                                  PETER A. MANCUSO
                                  Trial Attorney
                                  Department of Justice, Civil Division
                                  Commercial Litigation Branch
                                  26 Federal Plaza – Suite 346
                                  New York, New York 10278
                                  Tel. (212) 264–0484 or 9230
                                  Attorneys for Plaintiff

Of Counsel:
SUZANNA HARTZELL-BALLARD
Office of the Assistant Chief Counsel
U.S. Customs and Border Protection

Dated: April 16, 2021