UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　Defendant. | Court No. 20-00175<br><br>Before: Richard K. Eaton, Judge |

**ORDER**

Upon consideration of Defendant's motion to stay this action pending final disposition of *United States v. Aegis Security Insurance Company*, Court No. 20-03628, ECF No. 60, and Plaintiff's response, ECF No. 61; and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that Defendant's motion is denied; and it is further

**ORDERED** that, within ten (10) days of entry of this order, the parties will confer and submit a joint proposed scheduling order identifying a time period for Plaintiff to conduct discovery on Defendant's affirmative defense of laches and claims of prejudice. The joint proposed scheduling order shall also set forth dates for the remaining briefing on the pending dispositive motions.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard K. Eaton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

Dated:　December 17, 2021
　　　　　New York, New York