UNITED STATES COURT OF INTERNATIONAL TRADE

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Before: Richard K. Eaton, Judge |
| | : | |
| v. | : | Court No. 20-00175 |
| | : | |
| AMERICAN HOME ASSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion denying Plaintiff's Motion for Summary Judgment and granting Defendant's Cross-Motion for Summary Judgment; now in conformity with that opinion, it is hereby

**ORDERED** that judgment is entered in favor of Defendant and the claims asserted in Court No. 20-00175 are dismissed with prejudice. Each party shall bear its own costs and expenses.

/s/ Richard K. Eaton
Judge

Dated: August 18, 2023
New York, New York