UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. RICHARD K. EATON, JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Court No. 20-00175 |
| v. | : |
| AMERICAN HOME ASSURANCE COMPANY, | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment and opinion in Slip Op. 23-118 entered in this action on August 18, 2023, and its public version issued August 22, 2023.

                                              Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General

                                              PATRICIA M. McCARTHY
                                              Director

                    By:        /s/ Justin R. Miller
                               JUSTIN R. MILLER
                               Attorney-In-Charge
                               International Trade Field Office

                               /s/ Beverly A. Farrell
                               BEVERLY A. FARRELL
                               Senior Trial Attorney
                               Department of Justice, Civil Division
                               Commercial Litigation Branch
                               26 Federal Plaza, Room 346
                               New York, New York 10278
                               Tel.: (212) 264-0483 or 9230

Dated: October 16, 2023               Attorneys for Plaintiff